PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Marcos Valentin  Cr.: 1:09CR00126-002
PACTS Number: 55329

Name of Sentencing Judicial Officer: Honorable William T. Lawrence, U.S.D.J.

Date of Original Sentence: 1/26/10

Original Offense: Conspiracy to Pass Counterfeit United States Notes

Original Sentence: Two Years Probation

Type of Supervision: Probation  Date Supervision Commenced: 1/26/10

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

Domestic Violence Counseling

The defendant shall engage in counseling for domestic violence as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office

ALCOHOL/DRUG TESTING AND TREATMENT

The defendant shall refrain from the use of alcohol and shall submit to testing via a remote alcohol monitoring device to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

## CAUSE

On April 17, 2011, Valentin was arrested and charged with Treat to Kill and Possession of a Weapon on a domestic violence related incident. According to the police report, Valentin was having an argument with his wife over an ex-boyfriend and he grabbed a steak knife and threatened his wife by saying he was going to kill her and throw her over the balcony. According to the police report, Valentin had been drinking alcohol that evening.

Respectfully submitted,

By: Amy J. Capozzolo
U.S. Probation Officer
Date: 4/21/11

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

April 27, 2011
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

Domestic Violence Counseling

The defendant shall engage in counseling for domestic violence as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office

ALCOHOL/DRUG TESTING AND TREATMENT

The defendant shall refrain from the use of alcohol and shall submit to testing via a remote alcohol monitoring device to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office

Witness: _____          Signed: _____
U.S. Probation Officer                                      Probationer or Supervised Releasee
Amy J. Capozzolo                                            Marcos Valentin

_____
DATE

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
DEPUTY CHIEF PROBATION OFFICER

April 26, 2011

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Dickinson R. Debevoise, Sr. U.S.D.J.
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street, Room
P.O. Box 999
Newark, NJ 07102-0999

RE: U.S. v. Marcos Valentin
Dkt. No. 09-126-002
**Request for Modification of Probation Conditions**

Dear Judge Debevoise:

On January 26, 2010, Marcos Valentin was sentenced by The Honorable William T Lawrence, U.S.D.J. in the Southern District of Indiana to two years probation for Conspiracy to Pass Counterfeit United States Notes. On December 3, 2010, Your Honor signed an Order accepting Jurisdiction. The Court imposed a drug testing condition, financial disclosure, no new lines of credit and ordered restitution in the amount of $8,900.

On April 17, 2011, Valentin was arrested for a domestic violence incident and charged with Threat to Kill and Possession of a Weapon. According to the police report, Valentin had been drinking alcohol that evening. At this time, we request that the conditions of Valentin's probation be modified to include alcohol monitoring via a remote device in conjunction with Alcoholics Anonymous meetings and domestic violence counseling. Please note that Valentin has agreed to modifications and has waived his right to a hearing.

Therefore, unless Your Honor considers otherwise, we ask that you review the enclosed documents and sign the Probation Form 12B authorizing the modifications. We will make ourselves available should you wish to discuss this matter.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Amy J. Capozzolo
U.S. Probation Officer